UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
\_\_\_\_\_

KEVIN DWAYNE THERIOT,

        Plaintiff,                 Case No. 2:25-cv-149

v.                                        Honorable Phillip J. Green

KRIS TASKILEA, et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915A, and 42 U.S.C. § 1997e(c).

Dated: September 10, 2025        /s/ Phillip J. Green
                                                   PHILLIP J. GREEN
                                                   United States Magistrate Judge